FLNB Local Form 13-13 (Rev. 04/20)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

IN RE: Kathrin Margarete Tingle

    Debtor.

Case No.
Chapter 13

## PRE-CONFIRMATION STATEMENT REGARDING INDIVIDUAL DEBTOR'S DOMESTIC SUPPORT OBLIGATIONS AND FILING OF TAX RETURNS, AS APPLICABLE, PURSUANT TO CODE AND RULE REQUIREMENTS

NOTICE IS HEREBY given that

**A.** Pursuant to Local Rule 3015-1(A) the Debtor makes the following certification as to domestic support obligations

[X] The **Debtor** is not required to pay any amounts under a domestic support obligation; OR

[ ] The **Joint Debtor**, if applicable, is not required to pay any amounts under a domestic support Obligation; OR

[ ] All amounts to be paid by the **Debtor** under a domestic support obligation that first became payable after the date of the filing of the petition, if the Debtor is required by a judicial or administrative order or by statute to pay such domestic support obligation, have been paid. *Provide the following Information:*

[ ] All amounts to be paid by the **Joint Debtor** under a domestic support obligation that first became payable after the date of the filing of the petition, if the Debtor is required by a judicial or administrative order or by statute to pay such domestic support obligation, have been paid. *Provide the following Information:*

Debtor's Current Address:

Joint Debtor's Current Address:

Debtor's Employer & Employer's Address:

Joint Debtor's Employer & Employer's Address:

**B.** Pursuant to 11 U.S.C. § 1325(a)(9), if applicable, the Chapter 13 Debtor certifies that:

[X] The **Debtor** has filed all Federal, State and local tax returns as requires by § 1308.

[ ] The **Joint Debtor**, if applicable, has filed all Federal, State and local tax returns as required by § 1308.

I declare under penalty of perjury that the foregoing is true and correct.

X _____
Signature of Debtor

_____6-15-23_____
Date

X _____
Signature of Joint Debtor

_____
Date