UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                                                  CASE NO: 23-30416-KKS
                                                                        CHAPTER 13
KATHRIN MARGARETE TINGLE


_____ /
           Debtor

CHAPTER 13 TRUSTEE'S
OBJECTION(S) TO CONFIRMATION OF
CHAPTER 13 PLAN (ECF NO. 8)

COMES NOW, LEIGH A. DUNCAN, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby objects to confirmation of Debtor(s)' *Chapter 13 Plan* (ECF No. 8) for the following reasons:

1. The Debtor is not paying the correct plan payment. The plan payment is $921.00 and the Debtor paid $850.00.

2. The plan may not meet the liquidation test. The Debtor has a 2004 Toyota Sequoia with only a claim of $1,500.00 and the Trustee has not been provided with a copy of the valuation documents. Further, it appears that the claim will payout early and the funds are not dedicated to the plan.

3. The Debtor is proposing to pay for 2 (two) vehicles which is not reasonable and necessary.

4. It appears that the Internal Revenue Service has a claim which must be

addressed by the plan.

5. The Creditor, Federal Home Loan Mortgage Corporation C/O Select Portfolio Servicing, Inc. has not filed a claim and the Trustee cannot confirm the arrearage amount or the regular payment amount.

6. There is a co-debtor, Bernard J. Tingle, Jr., and the Trustee has not been provided information or documentation regarding the co-debtor.

7. The Debtor is proposing to pay her 401(k) loan which is not a reasonable or necessary expense.

**RESPECTFULLY SUBMITTED.**

/s/ <u>Leigh A. Duncan</u>
OFFICE OF CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850)681-2734 "Telephone"
(850)681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by the court's current CM/ECF notice of electronic filing or first class mail to the persons/entities listed on the attached Exhibit "A", on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/ Leigh A. Duncan
OFFICE OF CHAPTER 13 TRUSTEE

# Exhibit "A"

KATHRIN MARGARETE TINGLE
316 PRISCILLA DR.
FORT WALTON BEACH, FL  32547


LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL  32501