UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:                                          Case No. 23-30416-KKS
                                                Chapter 13 (I)

Kathrin Margarete Tingle,

    Debtor.
_____/

**MOTION TO AVOID JUDGMENT LIEN OF
CACH, LLC**

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

    Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty one (21) days from the date set forth on the proof of services plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).

    If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 East Park Avenue, Suite 100, Tallahassee, FL 32301 and serve a copy on the movant's attorney, Martin S. Lewis, Lewis & Jurnovoy, P.A., 1100 North Palafox Street, Pensacola, FL 32501, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

    If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

1

COMES NOW, the Debtor, by and through the undersigned attorney, and hereby states as follows:

1. On June 16, 2023, Debtor filed a voluntary Petition for relief under Chapter 13 (I), Title 11, United States Code.

2. The creditor listed below is also listed on the Debtor's Schedule F, and has obtained a Judgment Lien, recorded in book 3369 page 767, Okaloosa County book of records. Case Number: 2017 CC 000013 F.

3. Said lien is a lien within the categories of 11 U.S.C. Section 522(f)(1) which impairs an exemption as to only homestead property located at 316 Priscilla Dr., Fort Walton Beach, FL 32547, listed on Schedule C of the Bankruptcy Petition to which the Debtor would otherwise be entitled under 11 U.S.C. Section 522(b). The creditor holding the judgment lien is Cach, LLC.

WHEREFORE, Debtor prays that the Judgment Lien of the above listed creditor to be declared null and void, and further requests that the court permanently enjoin the above listed creditor from attempting to enforce said lien.

Dated this the 20th day of September 2023.

Respectfully Submitted,

_____
Martin S. Lewis, FL Bar No. 0100587
Steven D. Jurnovoy, FL Bar No. 938221

**OF COUNSEL:**
Lewis & Jurnovoy, P.A.
1100 North Palafox Street
Pensacola, FL 32501
Telephone: (850) 432-9110
Facsimile: (850) 433-8794
Email: landj@lewisandjurnovoy.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the foregoing Motion upon those listed below by either electronic mail or by regular United States Mail, postage pre-paid on this the 20 day of September 2023.

_____
OF COUNSEL

Leigh A. Duncan, Chapter 13 Trustee
**ldhdock@earthlink.net**

Office of United State Trustee:
USTPRegion21.TL.ECF@usdoj.gov

Kathrin Margarete Tingle
316 Priscilla Dr
Ft Walton Beach, FL  32547

Okaloosa County Clerk of Court
1940 Lewis Turner Blvd
Fort Walton Beach, FL 32547
Attn: Case Number: 2017 CC 000013 F

Cach, LLC
c/o Resurgent Capital Services
Attn: Officer
55 Beattie Place
Ste 110,
Greenville, SC 29601

Cach, LLC
c/o Federated Law Group, PLLC
Attn: Bryan Manno, Esq., Esq.
887 Donald Ross Road
Juno Beach, FL 33408